**Agnes R. Kramer, appellant, v. Katherine B. Smith, appellee. Gen. No. 30,933.**

Action for personal injuries. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers,

597

Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed October 11, 1926.

Burke, Jackson & Burke, for appellant. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.